**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1332**

ANDREW U.D. STRAW,

             Plaintiff - Appellant,

      v.

STATE OF INDIANA,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:19-cv-03034-SAG)

Submitted:  July 21, 2020                          Decided:  July 23, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew U.D. Straw, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew U.D. Straw appeals the district court's orders dismissing his complaint for improper venue and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straw v. Indiana*, No. 1:19-cv-03034-SAG (D. Md. Jan. 14 & Mar. 9, 2020). We also deny Straw's pending motion to summarily reverse the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*